```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  APRIL A. VAN DYKE
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 09-155 GGH |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
|  | ) | AND ORDER |
| v. | ) |  |
|  | ) |  |
| ALBERTO VASQUEZ, | ) | DATE: August 26, 2009 |
|  | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing case number 09-155 GGH.

DATED: August 24, 2009         LAWRENCE G. BROWN
                               United States Attorney

                         By:   /s/Matthew C. Stegman
                               MATTHEW C. STEGMAN
                               Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED: August 25 , 2009

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

vasquez155.ord